951 A.2d 259

**Donald Richard RUSCH, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 17, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of June, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**